**No. 10-821. Pat Quinn, Governor of Illinois, Petitioner v. Gerald Anthony Judge, et al.**

563 U.S. 1032, 131 S. Ct. 2958, 180 L. Ed. 2d 245, 2011 U.S. LEXIS 4264.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 612 F.3d 537.

**No. 10-871. General Electric Company, Petitioner v. Lisa P. Jackson, Administrator, Environmental Protection Agency, et al.**

563 U.S. 1032, 131 S. Ct. 2959, 180 L. Ed. 2d 245, 2011 U.S. LEXIS 4334.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 391 U.S. App. D.C. 299, 610 F.3d 110.

**No. 10-933. Maxine Elizabeth Wellington, Petitioner v. Eric H. Holder, Jr., Attorney General.**

563 U.S. 1032, 131 S. Ct. 2960, 180 L. Ed. 2d 245, 2011 U.S. LEXIS 4358.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 623 F.3d 115.

**No. 10-980. Evan Griffith, Petitioner v. Dave Rednour, Warden.**

563 U.S. 1032, 131 S. Ct. 2960, 180 L. Ed. 2d 245, 2011 U.S. LEXIS 4187.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 614 F.3d 328.

**No. 10-1029. Robert Martinez, et al., Petitioners v. Regents of the University of California, et al.**

563 U.S. 1032, 131 S. Ct. 2961, 180 L. Ed. 2d 245, 2011 U.S. LEXIS 4299.

June 6, 2011. Petition for writ of certiorari to the Supreme Court of California denied.

Same case below, 50 Cal. 4th 1277, 117 Cal. Rptr. 3d 359, 241 P.3d 855.

**No. 10-1075. Wesley Trent Snipes, Petitioner v. United States.**

563 U.S. 1032, 131 S. Ct. 2962, 180 L. Ed. 2d 245, 2011 U.S. LEXIS 4280.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 611 F.3d 855.

**No. 10-1174. Veronica Alvarez, Petitioner v. Des Moines Bolt Supply, Inc.**

563 U.S. 1032, 131 S. Ct. 2962, 180 L. Ed. 2d 245, 2011 U.S. LEXIS 4270.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 626 F.3d 410.